Niels W. Frenzen (CA 139064)
nfrenzen@law.usc.edu
Jean E. Reisz (CA 242957)
jreisz@law.usc.edu
USC Gould School of Law
Immigration Clinic
699 Exposition Blvd.
Los Angeles, CA 90089-0071
213-740-8933; 213-821-3108
213-740-5502 (Fax)

Attorneys for Petitioner Borey Ai

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| Borey Ai, | ) | Case No.: 3:17-cv-07319-JSC |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | [~~PROPOSED~~] ORDER REGARDING |
| | ) | PETITIONER'S UNOPPOSED MOTION |
| | ) | TO DISMISS PETITION FOR WRIT OF |
| Kirstjen Nielsen, Secretary of | ) | HABEAS CORPUS WITHOUT PREJUDICE |
| Homeland Security; Jefferson | ) | |
| Sessions, III, Attorney General; | ) | |
| and Timothy Aitken, Director | ) | |
| ICE San Francisco Field Office | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

1 | In light of Respondents' decision to release Petitioner from custody, Petitioner's
2 | unopposed motion to dismiss without prejudice is GRANTED.

Dated: May 14, 2018

_____ *Jacqueline Scott Corley* _____
Honorable Jacqueline Scott Corley, U.S. Magistrate Judge